CHAN ET AL., APPELLANTS, v. ALPERIN ET AL.; MCEWEN ET AL., APPELLEES.

[Cite as Chan v. Alperin (1990), 48 Ohio St. 3d 602.]

(No. 88-1448—Submitted December 5, 1989—Decided January 24, 1990.)

*Nicholas M. DeVito & Associates* and *Nicholas M. DeVito,* for appellant.

*Jacobson, Maynard, Tuschman & Kalur Co., L.P.A., Stephen J. Charms, Robert C. Seibel* and *Anna L. Moore,* for appellees.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.